UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JULIE WINN | CIVIL ACTION |
| VERSUS | NO. 15-7168 |
| THE NEW ORLEANS CENTER FOR CREATIVE ARTS INSTITUTE | SECTION "N" |

## **ORDER AND REASONS**

Presently before the Court is a motion for dismissal filed by Defendant pursuant to Federal Rule of Civil Procedure 12(b)(6). On the limited showing made, **IT IS ORDERED** that Defendant's motion (Rec. Doc. 24), which challenges the timeliness of Plaintiff's EEOC charge, is **DENIED** for essentially the reasons stated in Plaintiff's opposition memorandum (Rec. Doc. 28).[1]

New Orleans, Louisiana, this 17th day of April 2017.

_____
**KURT D. ENGELHARDT**
**United States District Judge**

---

[1] The Court notes that Defendant has not sought leave file a memorandum in reply to Plaintiff's opposition memorandum.